COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Underwriters at Lloyds of London

Appellate case number:   01-18-00760-CV

Trial court case number: 2010-25885

Trial court:             165th District Court of Harris County

Relator Underwriters at Lloyds of London seeks mandamus relief concerning the trial court's failure to rule on a motion to compel.

The court asks the parties to file an update advising the court whether the trial court has ruled on relator's motion. Responses, if any, should be filed within 10 days of the date of this order.

It is so ORDERED.

Judge's signature: ____/s/ Jennifer Caughey_____
                   ☒ Acting individually    ☐ Acting for the Court

Date:   __November 1, 2018___